IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE MICHAEL J. WATANABE

Criminal Action No.  09-mj-01130

UNITED STATES OF AMERICA,

    Plaintiff,
v.

NADEZDA NIKITINA,

    Defendant.

---

## ORDER EXONERATING BOND

---

    This court has granted a government motion to voluntarily dismiss the charges against the defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 15th day of September, 2009.

                                BY THE COURT:

By: *[signature]*
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF CCLORADO**